UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-20218-CR-SINGHAL/MCALILEY**
Case No. _____

**IN RE SEALED**
**INDICTMENT**

_____/

## SEALING ORDER

**THIS CAUSE** comes before the Court on the United States' Motion to Seal. Being fully advised and finding good cause, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Seal is **GRANTED** and the Indictment, Arrest Warrants, United States' Motion to Seal, and this Order be **SEALED** until the arrest of the first defendant or further order of the Court; however, the United States Attorney's Office and law enforcement personnel may obtain copies of the Indictment, Arrest Warrants, or other sealed documents for the purposes of arrest, extradition, or any other necessary cause.

**DONE AND ORDERED** at Miami, Florida, this 8th day of April, 2021.

_____
**HONORABLE ALICIA M. OTAZO-REYES**
**UNITED STATES MAGISTRATE JUDGE**

cc: AUSA Sean T. McLaughlin