FILED by _____ **KS** ___ D.C.

**Apr 8, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
# 21-20218-CR-SINGHAL/MCALILEY
### CASE NO. _____

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

**UNITED STATES OF AMERICA**

**vs.**

**JOSE TERAZON MARTINEZ,**
    a/k/a "Frankie,"
    a/k/a "Gatillo,"
**PEDRO ARTURO CASAS ESPINOSA,**
**JUAN BAPTISTA TROMPETA CABALLERRO,**
**JOSE AGUSTIN PEREZ ALONSO,**
**PEDRO MARRERO SIMON,**
    a/k/a "Aguja,"
**ALCIDES RIVERA RODRIGUEZ,**
**FREDDY SANCHEZ SORIA,**
**ALBERTO FRANCISCO PUGA LAMAS,**
**DOUGLAS GAZMURI PEREZ,**
**MIGUEL ALEJANDRO ORTIZ,**
**YUDLIANELA PEREZ,**
    a/k/a "Tuti,"
**VICTOR ANTONIO RIVERA ORTIZ,**
    a/k/a "Choco,"
**RICARDO SANTIAGO,**
    a/k/a "Canito,"
**ANGEL LUIS TORRES GONZALEZ,**
    a/k/a "Coco," and
**EDGAR SANTIAGO,**

               **Defendants.**

                          /

## INDICTMENT

The Grand Jury charges that:

## COUNT 1
### Conspiracy to Possess with the Intent to Distribute Methamphetamine
### 21 U.S.C. § 846

Beginning at least as early as in or around June 2020, and continuing through the date of the return of the Indictment, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE TERAZON MARTINEZ,**
a/k/a "Frankie,"
a/k/a "Gatillo,"
**PEDRO ARTURO CASAS ESPINOSA,**
**JUAN BAPTISTA TROMPETA CABALLERRO,**
**JOSE AGUSTIN PEREZ ALONSO,**
**PEDRO MARRERO SIMON,**
a/k/a "Aguja,"
**ALCIDES RIVERA RODRIGUEZ,**
**FREDDY SANCHEZ SORIA,**
**ALBERTO FRANCISCO PUGA LAMAS,**
**DOUGLAS GAZMURI PEREZ,**
**MIGUEL ALEJANDRO ORTIZ, and**
**YUDLIANELA PEREZ,**
a/k/a "Tuti,"

did knowingly and willfully combine, conspire, confederate, and agree with each other, and others known and unknown to the Grand Jury, to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants, **JOSE TERAZON MARTINEZ, a/k/a "Frankie," a/k/a "Gatillo," PEDRO ARTURO CASAS ESPINOSA, JUAN BAPTISTA TROMPETA CABALLERRO, JOSE AGUSTIN PEREZ ALONSO, PEDRO MARRERO SIMON, a/k/a "Aguja," ALCIDES RIVERA RODRIGUEZ, FREDDY SANCHEZ SORIA, ALBERTO FRANCISCO PUGA LAMAS, and DOUGLAS GAZMURI PEREZ,** as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five-hundred (500) grams or more of a

mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants, **MIGUEL ALEJANDRO ORTIZ and YUDLIANELA PEREZ, a/k/a "Tuti,",** as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

**COUNT 2**
**Possession with the Intent to Distribute Methamphetamine**
**21 U.S.C. § 841(a)(1)**

On or about November 7, 2020, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE TERAZON MARTINEZ,**
**a/k/a "Frankie,"**
**a/k/a "Gatillo," and**
**PEDRO ARTURO CASAS ESPINOSA,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(viii), it is further alleged that this violation involved fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

## COUNT 3
### Possession with the Intent to Distribute Methamphetamine
### 21 U.S.C. § 841(a)(1)

Beginning on or about December 14, 2020, and continuing through December 15, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**PEDRO ARTURO CASAS ESPINOSA and
JOSE AGUSTIN PEREZ ALONSO,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(viii), it is further alleged that this violation involved fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.


## COUNT 4
### Possession with the Intent to Distribute Methamphetamine
### 21 U.S.C. § 841(a)(1)

On or about December 19, 2020, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**PEDRO ARTURO CASAS ESPINOSA and
JOSE AGUSTIN PEREZ ALONSO,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), it is further alleged that this violation involved five-hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

4

## COUNT 5
### Possession with the Intent to Distribute Methamphetamine
### 21 U.S.C. § 841(a)(1)

Beginning on or about February 4, 2021, and continuing through on or about February 22, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**PEDRO MARRERO SIMON,**
**a/k/a "Aguja,"**
**ALCIDES RIVERA RODRIGUEZ,**
**FREDDY SANCHEZ SORIA,**
**ALBERTO FRANCISCO PUGA LAMAS, and**
**DOUGLAS GAZMURI PEREZ,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), it is further alleged that this violation involved five-hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

## COUNT 6
### Possession with the Intent to Distribute Methamphetamine
### 21 U.S.C. § 841(a)(1)

Beginning on or about March 11, 2021, and continuing through on or about March 15, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE TERAZON MARTINEZ,**
**a/k/a "Frankie,"**
**a/k/a "Gatillo," and**
**JUAN BAPTISTA TROMPETA CABALLERRO,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), it is further alleged that this violation involved five-hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

## COUNT 7
### Possession with the Intent to Distribute Methamphetamine
### 21 U.S.C. § 841(a)(1)

Beginning on or about March 24, 2021, and continuing through on or about March 29, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE TERAZON MARTINEZ,**
**a/k/a "Frankie,"**
**a/k/a "Gatillo,"**
**JUAN BAPTISTA TROMPETA CABALLERRO, and**
**PEDRO MARRERO SIMON,**
**a/k/a "Aguja,"**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), it is further alleged that this violation involved five-hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

## COUNT 8
### Conspiracy to Distribute Cocaine
### 21 U.S.C. § 846

Beginning at least as early as in or around June 2020, and continuing through the date of the return of this Indictment, in Miami-Dade, Broward, and West Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE TERAZON MARTINEZ,**
**a/k/a "Frankie,"**
**a/k/a "Gatillo,"**
**PEDRO ARTURO CASAS ESPINOSA,**
**VICTOR ANTONIO RIVERA ORTIZ,**
**a/k/a "Choco,"**
**RICARDO SANTIAGO,**
**a/k/a "Canito,"**
**ANGEL LUIS TORRES GONZALEZ,**
**a/k/a "Coco," and**
**EDGAR SANTIAGO,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendant, **VICTOR ANTONIO RIVERA ORTIZ, a/k/a "Choco,"** as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants, **JOSE TERAZON MARTINEZ, a/k/a "Frankie," a/k/a "Gatillo," PEDRO ARTURO CASAS ESPINOSA, RICARDO SANTIAGO, a/k/a "Canito," ANGEL LUIS**

**TORRES GONZALEZ, a/k/a "Coco," and EDGAR SANTIAGO,** as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five-hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

## FORFEITURE ALLEGATIONS

1.     The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants, **JOSE TERAZON MARTINEZ, a/k/a "Frankie," a/k/a "Gatillo," PEDRO ARTURO CASAS ESPINOSA, JUAN BAPTISTA TROMPETA CABALLERRO, JOSE AGUSTIN PEREZ ALONSO, PEDRO MARRERO SIMON, a/k/a "Aguja," ALCIDES RIVERA RODRIGUEZ, FREDDY SANCHEZ SORIA, ALBERTO FRANCISCO PUGA LAMAS, DOUGLAS GAZMURI PEREZ, MIGUEL ALEJANDRO ORTIZ, YUDLIANELA PEREZ, a/k/a "Tuti," VICTOR ANTONIO RIVERA ORTIZ, a/k/a "Choco," RICARDO SANTIAGO, a/k/a "Canito," ANGEL LUIS TORRES GONZALEZ, a/k/a "Coco," and EDGAR SANTIAGO** have an interest.

2.     Upon conviction of a violation of Title 21, United States Code, Section 846 or 841, as alleged in this Indictment, the defendant so convicted shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property that was used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____

FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_Sean T. McLaughlin_
SEAN T. McLAUGHLIN
ASSISTANT UNITED STATES ATTORNEY

9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JOSE TERAZON MARTINEZ, et al.,

_____ Defendants. /

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New defendant(s)       Yes _____ No _____
Number of new defendants   _____
Total number of counts     _____

**Court Division:** (Select One)
✓ Miami     ___ Key West
___ FTL     ___ WPB     ___ FTP

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)    Yes___
    List language and/or dialect    Spanish_____

4.  This case will take  11-2  days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                          (Check only one)
    I     0 to 5 days      _____      Petty     _____
    II    6 to 10 days     _____      Minor     _____
    III   11 to 20 days    ___✓___      Misdem.   _____
    IV    21 to 60 days    _____      Felony    ___✓___
    V     61 days and over _____

6.  Has this case previously been filed in this District Court?    (Yes or No)    No____
    If yes: Judge _____    Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?    (Yes or No)    No____
    If yes: Magistrate Case No.    _____
    Related miscellaneous numbers:    _____
    Defendant(s) in federal custody as of    _____
    Defendant(s) in state custody as of    _____
    Rule 20 from the District of    _____
    Is this a potential death penalty case? (Yes or No)    No____

7.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes_____    No_✓__

8.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes_____    No_✓__

9.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    Yes_____    No_✓__

10. Did this matter originate from a matter pending in the Southern Region of the United States Attorney's Office prior to November 23, 2020 (Judge Aileen M. Cannon)    Yes ☐    No ☑

*Penalty Sheet(s) attached

_Sean T. McLaughlin_
_____
SEAN T. MCLAUGHLIN
FLORIDA COURT NO. A5501121
ASSISTANT UNITED STATES ATTORNEY

REV 3/31/2021

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   **JOSE TERAZON MARTINEZ, a/k/a "Frankie," "Gatillo"**

**Case No:**

Count #: 1

Conspiracy to possess with intent to distribute methamphetamine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Count #: 2

Possession with the intent to distribute methamphetamine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Forty Years' Imprisonment

Counts #: 6 & 7

Possession with the intent to distribute methamphetamine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Life Imprisonment

Count #: 8

Conspiracy to distribute cocaine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  PEDRO ARTURO CASAS ESPINOSA**

**Case No:**

Count #: 1

Conspiracy to possess with intent to distribute methamphetamine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Counts #: 2 & 3

Possession with the intent to distribute methamphetamine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Forty Years' Imprisonment

Count #: 4

Possession with the intent to distribute methamphetamine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Life Imprisonment

Count #: 8

Conspiracy to distribute cocaine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:   JUAN BAPTISTA TROMPETA CABALLERRO**

**Case No:**

Count #: 1

Conspiracy to possess with intent to distribute methamphetamine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Counts #: 6 & 7

Possession with the intent to distribute methamphetamine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   **JOSE AGUSTIN PEREZ ALONSO**

**Case No:**

Count #: 1

Conspiracy to possess with intent to distribute methamphetamine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Counts #: 3

Possession with the intent to distribute methamphetamine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Forty Years' Imprisonment

Count #: 4

Possession with the intent to distribute methamphetamine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### <u>PENALTY SHEET</u>

**Defendant's Name:** **PEDRO MARRERO SIMON, a/k/a "Aguja"**

**Case No:** _____

Count #: 1

Conspiracy to possess with intent to distribute methamphetamine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Counts #: 5 & 7

Possession with the intent to distribute methamphetamine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## **PENALTY SHEET**

**Defendant's Name:**  **ALCIDES RIVERA RODRIGUEZ**

**Case No:**

Count #: 1

Conspiracy to possess with intent to distribute methamphetamine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Count #: 5

Possession with the intent to distribute methamphetamine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  **FREDDY SANCHEZ SORIA**

**Case No:**

Count #: 1

Conspiracy to possess with intent to distribute methamphetamine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Count #: 5

Possession with the intent to distribute methamphetamine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## <u>PENALTY SHEET</u>

**Defendant's Name:** <u>ALBERTO FRANCISCO PUGA LAMAS</u>

**Case No:** _____

Count #: 1

Conspiracy to possess with intent to distribute methamphetamine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Count #: 5

Possession with the intent to distribute methamphetamine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  **DOUGLAS GAZMURI PEREZ**

**Case No:**

Count #: 1

Conspiracy to possess with intent to distribute methamphetamine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Count #: 5

Possession with the intent to distribute methamphetamine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  **MIGUEL ALEJANDRO ORTIZ**

**Case No:**

Count #: 1

Conspiracy to possess with intent to distribute methamphetamine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  **YUDLIANELA PEREZ, a/k/a "Tuti"**

**Case No:**

Count #: 1

Conspiracy to possess with intent to distribute methamphetamine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   VICTOR ANTONIO RIVERA ORTIZ, a/k/a "Choco"

**Case No:**

Count #: 8

Conspiracy to distribute cocaine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  **RICARDO SANTIAGO, a/k/a "Canito"**

**Case No:**

Count #: 8

Conspiracy to distribute cocaine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   ANGEL LUIS TORRES GONZALEZ, a/k/a "Coco"

**Case No:**

Count #: 8

Conspiracy to distribute cocaine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  **EDGAR SANTIAGO**

**Case No:**

Count #: 8

Conspiracy to distribute cocaine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**