UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 21-CR-20218-SINGHAL   (SEALED)

UNITED STATES OF AMERICA,
   Plaintiff,

V.

JOSE TERAZON MARTINEZ,
   Defendant(s).
_____/

## ORDER

  **THIS CAUSE** came before the Court and pursuant to proceedings it is

thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED

DEFENDANT, THIS CASE IS HEREBY UNSEALED.

  **DONE AND ORDERED** at Miami, Florida.

Dated: 4/13/2021

**Jonathan Goodman**
**UNITED STATES MAGISTRATE JUDGE**