# MINUTE ORDER

Page 1

## Magistrate Judge Jonathan Goodman

**King Building Courtroom 11-3**   Date: 4/13/2021   Time: 1:30 p.m.

**Defendant:** JOSE TERAZON MARTINEZ   **J#:** 41445-048   **Case #:** 21-CR-20218-SINGHAL

**AUSA:** Sean McLaughlin   **Attorney:** AFPD, Lauren Krasnoff

**Violation:** CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE   **Surr/Arrest Date:** 4/13/2021   **YOB:** 1972

**Proceeding:** Initial Appearance   **CJA Appt:**

**Bond/PTD Held:** ☐ Yes ☐ No   **Recommended Bond:**

**Bond Set at:**   **Co-signed by:**

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
☐ Random urine testing by Pretrial Services
☐ Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

**Language:** Spanish

**Disposition:**
Brady Warning given. Defendant consents to appear via VTC. Defendant sworn and AFPD appointed. The court grants the motion to UNSEAL the case.

Time from today to ____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

**Report RE Counsel:**
**PTD Hearing:** 4/15/2021 at 10:00am (Miami Duty Court)
**Prelim/Arraignment:** 4/15/2021 at 10:00am (Miami Duty Court)
**Status Conference RE:**
**D.A.R.** LFL_01_04-13-2021/ 1:35pm   **Time in Court:** 10 mins

s/Jonathan Goodman                                                   Magistrate Judge