**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CR-20218-AHS**

**UNITED STATES OF AMERICA,**

**vs.**

**JOSE TERAZON MARTINEZ,** *et al,*

   **Defendants.**

_____/

**<u>NOTICE OF APPEARANCE</u>**

The undersigned Assistant United States Attorney, Annika M. Miranda, hereby appears as

counsel for the United States of America regarding any forfeiture matters in the above-styled case.

     Respectfully submitted,

     **JUAN ANTONIO GONZALEZ**
     **ACTING UNITED STATES ATTORNEY**

By: *s/ Annika M. Miranda*_____
   Annika M. Miranda
   Assistant United States Attorney
   Florida Bar No. 64975
   99 N.E. 4th Street, 7th Floor
   Miami FL, 33132-2111
   Telephone: (305) 961-9303
   E-mail: Annika.Miranda@usdoj.gov
   *Counsel for the United States of America*